IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

WILLIAM WATSON,                    )
                                   )
            Petitioner,            )
                                   )
v.                                 )        Case No. CIV-12-1079-D
                                   )
MIKE ADDISON, Warden,              )
                                   )
            Respondent.            )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell, recommending the denial of both Respondent's motion to dismiss the habeas petition and Petitioner's motion to stay the case. Neither party has filed a timely objection or requested additional time to object. Accordingly, the Court finds a waiver of further review of the recommended rulings. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 11] is ADOPTED. Respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies [Doc. No. 7] and Petitioner's Motion to Stay habeas Proceeding [Doc. No. 10] are DENIED. The case remains under referral to Judge Purcell for further proceedings.

IT IS SO ORDERED this 10th day of December, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE